UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  04-cr-00348-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. BRANDON LAMAR TADEMY,

      Defendant.
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

      A supervised release violation hearing is set in the above-captioned case for **Wednesday, April 28, 2010 at 10:00 a.m.**

      Dated:  January 11, 2010