**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 04-cr-00348-WYD-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

BRANDON LAMAR TADEMY,

       Defendant.

_____

**ORDER TERMINATING SUPERVISED RELEASE**
_____

       THIS MATTER was before the Court for a supervised release violation hearing on April 28, 2010, upon report of the probation officer that the defendant violated the terms and conditions of supervised release. The defendant admitted guilt to violations 1 through 6 as alleged. Accordingly, the Court finds the defendant in violation of the terms and conditions of his supervised release. Based on this finding, it is

       ORDERED that the defendant is sentenced to imprisonment for a term of time served, and that the defendant's supervised release terminate immediately.

       DATED at Denver, Colorado, this 3rd day of May, 2010.

       BY THE COURT:


       s/ Wiley Y. Daniel
       WILEY Y. DANIEL
       Chief United States District Judge